IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRUM AND FORSTER SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> LUKA EXPRESS, INC. and STANLEY ROCHA, <br><br> Defendants. | Case No.: 1:23-cv-16867 <br> Honorable Jeffrey I. Cummings |

## NOTICE OF VOLUTNARY DISMISSAL WITHOUT PREJUDICE

Crum and Forster Specialty Insurance Company, by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i) hereby voluntarily dismisses this action without prejudice, with each party to bear their own fees and costs.

Dated: March 13, 2024

Respectfully Submitted,

By: */s/ Colin B. Willmott*
James J. Hickey, Atty. No. 6198334
Colin B. Willmott, Atty. No. 6317451
James.Hickey@kennedyslaw.com
Colin.Willmott@kennedyslaw.com
KENNEDYS CMK
30 S. Wacker Drive, Suite 3650
Chicago, IL 60606
Phone: (312) 800-5053
Fax: (312) 207-2110

*Attorneys for Crum and Forster Specialty Insurance Company*